**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RICHARD A. SPRAGUE, HON. RONALD D. CASTILLE AND HON. STEPHEN ZAPPALA, SR., | : | 100 MM 2016 |
| | : | |
| | : | Emergency Application for Extraordinary Relief |
| Petitioners | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PEDRO A. CORTES, SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA, IN HIS OFFICIAL CAPACITY, | : | |
| | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 27th day of July 2016, the Petitioners' Emergency Application for Extraordinary Relief is **GRANTED**. The Secretary is directed to file an answer and any new matter to the complaint by Wednesday, August 3, 2016. Thereafter, an expedited briefing schedule will be established for the parties to provide full briefing on the legal issue raised by Petitioners' complaint and/or any applications for summary relief filed in conjunction therewith. See Pa.R.A.P. 1532(b).

Petitioners' Emergency Application to Strike the "Answer" of Amicus Curiae is **DISMISSED** as moot.

Chief Justice Saylor did not participate in consideration or decision of this matter.